December 10, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DALLAS CITY LIMITS PROPERTY CO., L.P., Appellant

NO. 14-12-00530-CV                    V.

AUSTIN JOCKEY CLUB, LTD. AND KTAGS DOWNS HOLDING
COMPANY, L.L.C, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Austin Jockey Club, Ltd. and KTAGS Downs Holding Company, L.L.C, signed June 8, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Austin Jockey Club, Ltd. and KTAGS Downs Holding Company, L.L.C., jointly and severally.

We further order this decision certified below for observance.